# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-7063** | **September Term, 2013** |
| | **1:10-cv-01557-PLF** |
| | **Filed On: October 3, 2013** [1459391] |

Tonia Edwards and Bill Main,

    Appellants

    v.

District of Columbia,

    Appellee

------------------------------

Consolidated with 13-7064

## O R D E R

    Upon consideration of appellee's consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | November 15, 2013 |
| Appellants' Reply Brief | December 6, 2013 |

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                             BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk